Natalie Spano, Plaintiff-Respondent,
against
FlatRate Moving Network, LLC., Defendant-Appellant.



Defendant appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (Carol R. Sharpe, J.), dated March 21, 2017, which denied its motion to vacate a default judgment.




Per Curiam.
Order (Carol R. Sharpe, J.), dated March 21, 2017, affirmed, without costs. 
Civil Court did not abuse its discretion in denying defendant's motion to vacate the default judgment, since the affidavit submitted in support of the motion was not notarized, and therefore none of the allegations therein could be considered (see John Harris P.C. v Krauss, 87 AD3d 469 [2011]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 27, 2017